IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TYRONE HURT and
THE AMERICAN PEOPLE OF THE
UNITED STATES OF AMERICA,

JUDGMENT IN A CIVIL CASE

Plaintiffs,

12-cv-939-bbc

v.

WADE MICHAEL PAIGE,

Defendant.

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case for failure to state a claim upon which relief may be granted.

_____          2/15/13
Peter Oppeneer, Clerk of Court                Date